Gregory B. Orton [Sbn 184142]
LAW OFFICE OF GREGORY B. ORTON
752 Broadway – PO Box 1922
Sonoma, CA 95476
Tel: (707) 935-0356
Fax: (707) 938-0104
Email: ortonlaw@comcast.net

Attorney for Creditor:
PAUL EINARSSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

In re:

GENIUS WINES, LP

Debtor.

CASE NO.: 15-10503

**GREGORY B. ORTON'S REQUEST FOR SERVICE OF NOTICES
PUSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002(b)**

PLEASE TAKE NOTICE that Gregory B. Orton as attorney for creditor in the above referenced case, JIM R. DOYLE, requests pursuant to rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 AND 1109(B) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise on:

Gregory B. Orton
Law Offices of Gregory B. Orton
752 Broadway – PO Box 1922
Sonoma, CA 95476
Email: ortonlaw@comcast.net

DATED: May 20, 2015                      LAW OFFICES OF GREGORY B. ORTON

                                         By: __/s/  Gregory B. Orton_____
                                             Gregory B. Orton/Attorney for
                                             PAUL EINARSSON/Creditor

_____

1